LAWRENCE LYON et al., Respondents, v MARY TOMCZYK, Defendant, and NEW YORK STATE ELECTRIC & GAS CORP., Appellant and Third-Party Plaintiff. BRADLEY & WILLIAMS, INC., Third-Party Defendant-Appellant.

Memorandum: The court erred in vacating an order of dismissal pursuant to CPLR 3404 since there was neither an affidavit of merit nor an adequate excuse for the lengthy delay *(see, Fluman v TSS Dept. Stores,* 100 AD2d 838). (Appeal from order of Supreme Court, Niagara County, DiFlorio, J.—restore case to Trial Calendar.) Present—Doerr, J. P., Denman, Green, Pine and Schnepp, JJ.

In the Matter of WILMA WOODRUFF et al., Doing Business as HARR-WOOD NURSING HOME, Appellants, v JOSEPH D. CASTALDO et al., Respondents.

Present—Doerr, J. P., Denman, Green, Pine and Schnepp, JJ.

ANNA HALL, Individually and as Administratrix of the Estate of HAROLD HALL, Deceased, Appellant, v DIXIE L. BILESCHI, as Executrix of JOHN BILESCHI, Deceased, Individually and Doing Business as J.B. REPAIR SERVICE, et al., Defendants, and GLOBE INDEMNITY COMPANY et al., Respondents.—

Present —Doerr, J. P., Denman, Green, Pine and Schnepp, JJ.